| | |
|---|---|
| Martha G. Bronitsky<br>Chapter 13 Standing Trustee<br>Po Box 5004<br>Hayward,CA 94540<br>(510) 266- 5580<br><br>Trustee for Debtor(s) | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>Maria L Salvador<br><br><br>Debtors(s) | Chapter 13 Case Number:<br>25-40462-WJL13 |

### NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on June 12, 2025 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, California.   All interested parties may appear in-person or by Zoom Webinar. Additional information is available on the Bankruptcy Court's website at www.canb.uscourts.gov on Judge Lafferty's Procedure page.  Information on how to attend the hearing by Zoom Webinar will be provided under Judge Lafferty's Open Calendar Procedure on the court's website.

Date: May 01, 2025                                                                        /s/ Martha G. Bronitsky
                                                                                              Signature of Martha G. Bronitsky
                                                                                              Chapter 13 Standing Trustee

|   |   |   |
|---|---|---|
| In Re | | |
| | Maria L Salvador | Chapter 13 Case Number:<br>25-40462-WJL13 |
| | Debtors(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| May 01, 2025 | /s/Olga Gonzalez |
| | Olga Gonzalez |
| | |
| | Aaron Lipton Atty |
| Maria L Salvador | 7960 B Soquel Dr #156 |
| 324 Coronado Ct | Aptos, CA 95003 |
| Discovery Bay, CA 94505 | |
| | (Counsel for Debtor) |
| (Debtor(s)) | |

Merrick Bank Corp
Po Box 9201
Old Bethpage, NY  11804-0000

| | |
|---|---|
| Figure Lending | Franchise Tax Board |
| Attn: Bankruptcy | Po Box 2952 |
| Po Box 40534 | Sacramento, CA  958122952 |
| Reno, NV  89504 | (Creditor) |
| (Creditor) | |
| | United States Treasury |
| Select Portfolio Services | Po Box 7346 |
| Po Box 65250 | Philadelphia, PA  191017346 |
| Salt Lake City, UT  841650250 | (Creditor) |
| (Creditor) | |
| | Heritage Bank Of Commerce |
| United Wholesale Mortgage | 150 Almaden Boulevard |
| Attn: Bankruptcy | San Jose, CA  95113 |
| 585 South Boulevard East | (Creditor) |
| Pontiac, MI  48341 | |
| (Creditor) | Newrez Llc D/B/A Shellpoint Mortgage Ser |
| | Po Box 60535 |
| | City Of Industry, CA  91716 |
| | (Creditor) |

| # | Creditor | Creditor |
|---|---|---|
| 1 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT  84130<br>(Creditor) | Sbz Law, Llp<br>30 Corporate Park, Suite 450<br>Irvine, CA  92606<br>(Creditor) |
| 2 | Comenity Bank/Tyrdvisa<br>Attn: Bankruptcy<br>Po Box 182125<br>Columbus, OH  43218<br>(Creditor) | Select Portfolio Servicing, Inc<br>Attn: Bankruptcy<br>Po Box 65250<br>Salt Lake City, UT  84165<br>(Creditor) |
| 3 | Credit One Bank<br>Attn: Bankruptcy Department<br>6801 Cimarron Rd<br>Las Vegas, NV  89113<br>(Creditor) | Sunbit Financial<br>Attn: Bankruptcy<br>10880 Wilshire Blv Suite 870<br>Los Angeles, CA  90024<br>(Creditor) |
| 4 | Dmi/Berkshire Bank<br>1 Corporate Dr<br>Lake Zurich, IL  60047<br>(Creditor) | Synchrony Bank/Qvc<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL  32896<br>(Creditor) |
| 5 | Lending Club<br>Attn: Bankruptcy<br>595 Market St<br>San Francisco, CA  94105<br>(Creditor) | Toyota Financial Services<br>Attn: Bankruptcy<br>Po Box 259004<br>Plano, TX  75025<br>(Creditor) |
| 6 | Macy'S/ Dsnb<br>Atytn: Bankruptcy<br>701 E. 60Th Street North<br>Sioux Falls, SD  57104<br>(Creditor) | Upgrade, Inc.<br>Attn: Bankruptcy<br>275 Battery Street 23Rd Floor<br>San Francisco, CA  94111<br>(Creditor) |
| 7 | Merrick Bank C/O Resurgent Capital Svcs<br>Po Box 10368<br>Greenville, SC  296030368<br>(Creditor) | Wells Fargo Bank Na<br>Attn: Bankruptcy<br>1 Home Campus Mac X2303-01A 3Rd Floor<br>Des Moines, IA  50328<br>(Creditor) |
| 8 | Premier America Credit Union<br>Attn: Bankruptcy<br>Po Box 2178<br>Chatsworth, CA  91313<br>(Creditor) | |
| 9 | Prosper Funding Llc<br>221 Main Street<br>Suite 300<br>San Francisco, CA  94105<br>(Creditor) | |